**DUPONT AIR PRODUCTS NANOMATERIALS, LLC, Plaintiff/Counterclaim Defendant–Cross Appellant,**

and

**Precision Colloids, LLC and The Virkler Company (doing business as Chemical Technologies, LLC), Counterclaim Defendants–Cross Appellants,**

v.

**CABOT MICROELECTRONICS CORPORATION, Defendant/Counterclaim Plaintiff–Appellant.**

Nos. 2011–1085, 2011–1088.

United States Court of Appeals, Federal Circuit.

May 24, 2011.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).